[No. 34651-6-II.   Division Two.   May 15, 2007.]

*In the Matter of the Marriage of* PATRICIA MCVAY-TACKETT,
*Appellant*, and KENNETH TACKETT, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 04-3-00441-6, James J. Stonier, J., entered
March 10, 2006. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Houghton, C.J.,
concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 34671-1-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN A. COLE,
*Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 05-8-00244-5, Sally F. Olsen, J., entered March
7, 2006. *Affirmed* by unpublished opinion per Armstrong, J.,
concurred in by Hunt and Penoyar, JJ.

[Nos. 34702-4-II; 34709-1-II;   Division Two.   May 15, 2007.]
34712-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY STEVEN
MITUNIEWICZ, *Appellant*.

Appeals from a judgment of the Superior Court for Clark
County, No. 05-1-01656-6, Robert L. Harris and John P.
Wulle, J., entered April 19, 2006. *Affirmed* by unpublished
opinion per Bridgewater, J., concurred in by Van Deren,
A.C.J., and Quinn-Brintnall, J.

[No. 34867-5-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SANG VAN NGUYEN,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-1-02568-8, Linda CJ Lee, J., entered May 1,
2006. *Affirmed* by unpublished opinion per Armstrong, J.,
concurred in by Hunt and Penoyar, JJ.